THEODORE WENK, Appellant, *v.* THE CITY OF NEW YORK et al., Defendants.

THE UNITED STATES LAND AND IMPROVEMENT COMPANY, LIMITED, et al., Respondents.

(Submitted October 6, 1902; decided October 14, 1902.)

Motion for reargument denied, with ten dollars costs. (See 171 N. Y. 607.)

---

ELIZABETH FOGERTY, as Administratrix of CHARLES E. FOGERTY, Deceased, Appellant, *v.* THE UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

(Submitted October 6, 1902; decided October 14, 1902.)

Motion for reargument denied, with ten dollars costs. (See 171 N. Y. 670.)

---

MATTHEW HAWE, Respondent, *v.* NEW YORK, WESTCHESTER AND CONNECTICUT TRACTION COMPANY, Appellant.

Reported below, 72 App Div. 631.
(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment entered May 6, 1902, upon an order of the Appellate Division of the Supreme Court in the second judicial department affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the judgment was interlocutory and, therefore, not appealable, and that the Appellate Division, having unanimously decided that the findings of fact were supported by the evidence, the case did not present any question of law for review.

*Arthur M. Johnson* for motion.

*Augustus Van Wyck* and *Charles W. Church, Jr.,* opposed.

Motion denied, with ten dollars costs.